UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>OTTO, CANDICE<br><br><br>                    Debtor(s) | Case No. 12-13746 ALG<br><br>Chapter 7<br><br>**STATEMENT OF UPAID**<br>**DISTRIBUTION CHECKS** |

TO    THE CLERK, UNITED STATES BANKRUPTCY COURT
      SOUTHERN DISTRICT OF NEW YORK

GREGORY MESSER, the Trustee herein, respectfully represents and alleges:

1. A final distribution was made to the creditors of the above-mentioned,

2. More than ninety (90) days have elapsed since the distribution of these checks and the Trustee finds that several checks have not cleared the Trustee's account.

3. The Trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $3,098.29. The name(s) and address(es) of the claimants entitled to the unclaimed dividends are as follows:

4. Attached hereto is a check in the above amount which the Trustee desires to deposit with the Clerk of this court in accordance with Section 341 of Title 11 of the United States code and Bankruptcy Rule 3011

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 1 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A., Resurgent Capital Services, PO Box 19008 Greenville, SC 29602 | 20,588.71 | 1,982.90 |
| 3 | American Express Centurion Bank c/o Becket and Lee LLP, POB 3001 Malvern, PA 193550701 | 2,578.50 | 248.34 |

RECEIVED MAY 29 2014 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

| | | | |
|---|---|---|---|
| 5 | eCAST Settlement Corporation assignee of Chase Bank USA NA, POB 29262 New York, NY 100879262 | 7,312.75 | 704.29 |
| 6 -2 | Portfolio Investments II LLC c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue Suite 1120 Miami, FL 331311605 | 1,689.94 | 162.76 |
| | Total Unclaimed Dividends | | $3,098.29 |

Dated: May 27, 2014
Brooklyn, New York

_____
GREGORY M. MESSER, TRUSTEE